IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No.  09-cv-02605-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff,

v.

R.  REYNOLDS, et al.,

Defendants.

_____

MINUTE ORDER

_____

Entered by Magistrate Judge Michael J. Watanabe

        It is hereby **ORDERED** that the pro se plaintiff's Motion for 30 Day Extension
**(Docket No. 19)** is **denied**.  Plaintiff indicates in that motion that he had the defendant's
motion to dismiss.  In fact, in a letter to the court filed on January 26, 2010 (Docket No.
17), plaintiff noted that he had received defendants' motion and answer.  He did not,
however, seek an extension of time to respond at that time.  He also stated in another
document filed that day (Docket No. 18) that "due to obstructive tactics by DOC officials
. . . I may miss deadlines . . . ."  Plaintiff once again, however, did not seek an extension
of time.  Plaintiff, who is an experienced litigator in this court, obviously had paper and
postage to send those documents to the court, but instead of filing a response to the
motion or a motion for an extension, he merely submitted a litany of complaints.

        The motion to dismiss (Docket No. 14) was filed on January 19, 2010.  The time
to respond has long since passed, and this court issued a report and recommendation
(Docket No. 22) on the motion and sent it to docketing before plaintiff's motion for an
extension (Docket No. 19) was filed.  Plaintiff's extension request was untimely.

        It is further **ORDERED** that plaintiff's Motion to Have a Copy of Defendants Rule
12 Motion and Answer Re Sent to Me **(Docket No. 20)** is **granted**.  The Clerk of Court
shall thus send the plaintiff a copy of Docket Nos. 14 and 15.

Date: March 17, 2010