IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02605-CMA-MJW

SHAWN D. ALLEN,

Plaintiff,

v.

R. REYNOLDS, et al.,

Defendants.

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion for Reconsideration **(Docket No. 35)** is **denied**. "[A] motion to reconsider is not a second opportunity for the losing party to make its strongest case, to rehash arguments, or to dress up arguments that previously failed. . . . Most importantly, a motion to reconsider is not a motion 'to reargue those issues already considered when a party does not like the way the original motion was resolved.'" Bartholic v. Scripto-Tokai Corp., 140 F. Supp.2d 1098, 1124 (D. Colo. 2000) (citations omitted); United States v. Schaeffer, 2000 WL 320665, *1 (D. Colo. Feb. 24, 2000). "There are three major grounds that justify reconsideration: (1) an intervening change in the controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or prevent manifest injustice." Mantle Ranches, Inc. v. United States Park Serv., 950 F. Supp. 299, 300 (D. Colo. 1997) (citations and quotations omitted). None of these grounds are present here.

Date: June 23, 2010