IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02605-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff,

v.

R.  REYNOLDS,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's letter motion to appear by telephone or in person for the conference set on March 18, 2011 (Docket No. 85), is granted to the extent that the plaintiff may participate telephonically in the final pretrial conference and show cause hearing set for March 18, 2011, at 10:30 a.m.  This court has advised the appropriate authority at the Arapahoe County Detention Facility of the date and time of the conference/hearing so that plaintiff can participate by telephone.  It is further

**ORDERED** that the plaintiff shall file all requests for relief from the court in the form of a motion, not a letter to the court, which complies with the Local Rules of Practice in the district, otherwise plaintiff's submission will not be considered by the court.

Date: March 7, 2011