IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02605-CMA-MJW

SHAWN D.  ALLEN,

Plaintiff,

v.

R.  REYNOLDS,

Defendants.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion for a 15 Day Extension to File Objection to Magistrates [sic] Recommendation (Docket No. 99) is granted in part as follows.  While plaintiff seeks an extension up to and including June 4, 2011, in view of the Final Trial Preparation Conference that is set on June 16, 2011, at 1:15 p.m., plaintiff shall have up to and including May 27, 2011, to file (not just mail) his objections to the Report and Recommendation issued on April 28, 2011 (Docket No. 97).  No further extension will be granted.

It is further **ORDERED** that the plaintiff's Motion to be Provided Copies of Dockets # 54, 55, 66 and 67 Plus the Complete Discovery (Docket No. 100) is granted in part and denied in part.  The Clerk of the Court shall mail to the plaintiff a copy of Docket Nos. 54 (Plaintiffs [sic] response to Rule 56 Motion), 55 (Plaintiff Shawn D. Allen's Affidavit), 66 (Amended Complaint), and 67 (reply to Plaintiff's Response to Rule 56 Motion (Doc. 54)).  The court denies without prejudice plaintiff's request for a copy of "Complete Discovery."  Plaintiff has not specified what discovery responses he requires.  Given the fact that there is only one claim and one defendant remaining in this case, and the fact that the plaintiff stated in his Response (Docket No. 54 at 1-2) that his only claim concerns defendant Reynolds allegedly taking plaintiff's photos, requiring defendant to reproduce "Complete Discovery" is not warranted or reasonable.

Date: May 17, 2011